JENNIFER A. TRUSSO, Cal. Bar No. 198579
jtrusso@sheppardmullin.com
STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
YAEL KARABELNIK, Cal. Bar No. 210427
ykarabelnik@sheppardmullin.com
AARON M. FENNIMORE, Cal. Bar No. 251602
afennimore@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130

Attorneys for Plaintiff
BIOCELL TECHNOLOGY LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOCELL TECHNOLOGY LLC, a California limited liability company,<br><br>      Plaintiff,<br><br>  v.<br><br>PROTEC LABORATORY INC., a Texas corporation, SSB HOLDINGS, INC. d.b.a. Protec Laboratory, Protec Laboratories, Protec Labs, Protec, and Protech, and DOES 1-5 inclusive,<br><br>      Defendant. | Case No. SACV08-00946 JVS(Ex)<br><br>*Hon. James v. Selna*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: August 20, 2008<br>Trail Date: Not Yet Set |

-1-

# ORDER

Pursuant to the Stipulation for Dismissal, by and between BioCell Technology LLC ("BioCell"), on the one hand, and ProTec Laboratory Inc. and SSB Holdings, Inc., on the other (collectively, "Defendants"), through their respective counsel, the above-captioned action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: December 8, 2008

_____
HONORABLE JAMES V. SELNA
United States District Judge